United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-16817-jkf
Cathy Dee Fuller                                                                    Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Nov 02, 2016
                              Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db           +Cathy Dee Fuller,   108 Mallard Drive West,   North Wales, PA 19454-1169
13812256      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Nov 03 2016 01:44:08    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2016 01:43:58
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 03 2016 01:44:07    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Cathy Dee Fuller | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-16817JKF |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/27/2016 and this case is hereby DISMISSED.

**Date: November 2, 2016**

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

    Matrix
    Chapter 13 Plan
    Chapter 13 Income Form 122C-1
    Means Test Calculation 122C-2
    All Schedules
    Statement of Financial Affairs
    Summary of Assets and Liabilities B106
    Credit Counseling Certificate